[No. 19572–7–I.   Division One.   May 16, 1988.]

THE STATE OF WASHINGTON, *Appellant*, v. JOANN ESTRADA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02353–1, Liem E. Tuai, J., entered November 25, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Williams, JJ.

[No. 19206–0–I.   Division One.   May 16, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DAVID FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03185–9, Robert W. Winsor, J., entered September 5, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Pekelis, JJ.

[No. 18191–2–I.   Division One.   May 16, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY GLENN RAINWATER, *Defendant*, JERRY LEE RAINWATER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03619–7, Gary M. Little, J., entered April 20, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.